KRISTINA S. HOLMAN
Nevada Bar No. 3742
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 614-4777
Facsimile: (702) 255-4779
Email: kholmanlaw@gmail.com
    Attorney for Plaintiff,
    PATRICK F. STEELE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK F. STEELE, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY FIREFIGHTERS, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS LOCAL 1908; and DOES I through X, inclusive, <br><br> Defendants. | Case No. 2:10-cv-00911-PMP-RJJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

    Pursuant to F.R.C.P. 41(a)(1)(A)(I), the Plaintiff, PATRICK F. STEELE, by and through his counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant, CLARK COUNTY FIREFIGHTERS INTERNATIONAL ASSOCIATION OF FIREFIGHTERS LOCAL 1908.

    Respectfully submitted this 21st day of October, 2010.

By: _/s/ Kristina S. Holman/_
KRISTINA S. HOLMAN
Nevada Bar No. 3742
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 614-4777
Facsimile: (702) 255-4779
Email: kholmanlaw@gmail.com
    Attorney for Plaintiff,
    PATRICK F. STEELE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2010, I served the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** by email and U.S. Mail at Las Vegas, Nevada to:

Elizabeth Lawrence
Davis, Cowell & Bowe
595 Market Street, Suite 1400
San Francisco, CA 94105
email: elawrence@dcbsf.com

_____
An employee of KRISTINA S. HOLMAN

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED: October 22, 2010.

W:\STEELE, Patrick\Pleadings\Voluntary Dismissal.10.21.10.wpd